LAW OFFICES OF RICHARD J. BURTON
**RICHARD J. BURTON, ESQ.**  SBN 158089
108 Main Street
Roseville, CA 95678
(916) 787-1039 - telephone
(916) 787-1505 - facsimile

Attorney for plaintiff,
Krishna Ujagar

## UNITED STATES DISTRICT COURT

## EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISHNA UJAGAR,** | Case No. 2:05-CV-00674-LKK-DAD |
| **Plaintiff,** | |
| v. | SUBSTITUTION OF ATTORNEY<br>LOCAL RULE: 83-182 (g) |
| **CAMPBELL'S SOUP COMPANY,** | |
| | Department: Courtroom 4 |
| **Defendants.** | Judge: Honorable Judge Karlton |
| _____/ | |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

KRISHNA UJAGAR, plaintiff herein, wishes to hereby substitute in JACK VETTER as attorney of record in place of and instead of RICHARD J. BURTON.

The new address and telephone number of JACK VETTER is 1903 21St Street, Sacramento, CA 95814. (916)441-4441.

Dated:   12/15/05                              LAW OFFICES OF RICHARD J. BURTON

                                                                Richard Burton
                                                                Richard J. Burton
                                                                Attorney for Plaintiff Krishna Ujagar

Dated:    12/15/05                                             Jack Vetter
                                                                                       Jack Vetter, Esq.

The undersigned accepts the above substitution.

Dated:    12-20-05                                             Krishna Ujagar
                                                                                       Krishna Ujagar, Plaintiff

IT IS SO ORDERED

Dated: January 6, 2006.                    /s/Lawrence K. Karlton
                                               LAWRENCE K. KARLTON
                                             SENIOR JUDGE