```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISHNA UJAGAR,
                                        NO. CIV. S-05-674 LKK/DAD
         Plaintiff,

    v.                                  O R D E R

CAMPBELL'S SOUP COMPANY,

         Defendant.
                                   /
```

    The court is in receipt of the parties' joint stipulation to extend the law and motion deadline.  Good cause being shown, the scheduling order is modified accordingly:

  1.  The law and motion deadline currently set for October 17, 2006 is hereby reset for December 17, 2006.
  2.  A status conference is hereby set for October 30, 2006 at 11:00 a.m.

IT IS SO ORDERED.

DATED: September 11, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT