UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISHNA UJAGAR,

                                NO. CIV. S-05-674 LKK/DAD

        Plaintiff,

   v.                                 O R D E R

CAMPBELL'S SOUP COMPANY,

        Defendant.

_____/

    A status conference was set for October 30, 2006. Plaintiff's counsel failed to appear. Accordingly, the court ORDERED as follows:

    1.  A further status conference is set for November 6, 2006 at 1:30 p.m.

    2.  Defendant's counsel shall file an affidavit stating what she charged her client for today's appearance. Plaintiff's counsel shall then either pay same or object within ten (10) days of

////

////

////

1

1
2  receipt of the affidavit.
3      IT IS SO ORDERED.
4      DATED:  October 30, 2006.
5
6
7                              _____
                               LAWRENCE K. KARLTON
8                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2