# COOK BROWN, LLP

*Attorneys at Law*

555 CAPITOL MALL, SUITE 425, SACRAMENTO, CALIFORNIA 95814-4503
TELEPHONE: 916. 442. 3100   FAX: 916. 442. 4227
WWW.COOKBROWN.COM

DENNIS B. COOK
RONALD W. BROWN
GEOFFREY F. GEGA
BRIAN D. BERTOSSA
TERRY A. WILLS
CARRIE E. BUSHMAN
LISA V. RYAN
KIMBERLEY H. G. SAKAI
KELLEY S. KERN
ERICK C. TURNER
REGINA SILVA
STEPHEN R. MCCUTCHEON, JR.

JAMES E. MESNIER
OF COUNSEL

BARBARA A. COTTER
OF COUNSEL

1851 E. FIRST STREET
SUITE 1440
SANTA ANA
CALIFORNIA 92705-4044
714. 542. 1883
FAX 714. 542. 1009

450 LINCOLN AVENUE
SUITE 202
SALINAS
CALIFORNIA 93901-2686
831. 755. 7940
FAX 831. 755. 7944

RESPOND TO:
SACRAMENTO

File No. 7728

April 25, 2007

**SENT VIA CM-ECF**

Ana Rivas, Courtroom Deputy
Lawrence K. Karlton, Senior Judge
United States District Court
Eastern District of California
501 I Street, Room 4200
Sacramento, California 95814

    Re:    **Krishna Ujagar v. Campbell Soup Company**
             **USDC Case No. 2:05-cv-674 LLK DAD**

Dear Ms. Rivas:

    As we discussed last week, the parties in the above-referenced case have agreed to settle this matter. We believe that the case should be officially dismissed within the next thirty days. If you have any questions or need additional information, please do not hesitate to contact me at (916) 442-3100.

                                       Sincerely,

                                       COOK BROWN, LLP

                                       LISA V. RYAN

LVR:kb

Court 04-24-07.doc