UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISHNA UJAGAR,

        Plaintiff,

   v.

CAMPBELL SOUP COMPANY,

        Defendant.
_____/

NO. Civ. S-05-674 LKK/DAD

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for defendant has filed a letter in the above-captioned case indicating the case has settled.  The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

////

////

1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
2       IT IS SO ORDERED.
3       DATED: April 27, 2007.

       /s/ Lawrence K. Karlton
       LAWRENCE K. KARLTON
       SENIOR JUDGE
       UNITED STATES DISTRICT COURT