TERRY A. WILLS, ESQ. (SBN 133962)
LISA V. RYAN, ESQ. (SBN 217802)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendant CAMPBELL SOUP COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISHNA UJAGAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAMPBELL'S SOUP COMPANY and Defendants 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:05-cv-674 LLK DAD<br><br>**STIPULATION AND ORDER TO REMOVE PRIOR FILING**<br><br>Trial Date: April 24, 2007 |

　　　　IT IS HEREBY STIPULATED that the parties request the Court remove from the docket Document 56, Stipulation and Proposed Order, filed on May 25, 2007. The parties agree that the document was filed in error and should be removed from the Court's docket and official file.

DATED: May 29, 2007
　　　　　　　　　　　　　　　　　　COOK BROWN, LLP
　　　　　　　　　　　　　　　　　　TERRY A. WILLS, ESQ.
　　　　　　　　　　　　　　　　　　LISA V. RYAN, ESQ.


　　　　　　　　　　　　　　　　　　By:　/s/ Terry A. Wills
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　CAMPBELL SOUP COMPANY

DATED:  May 29, 2007                    LAW OFFICES OF JACK VETTER
                                        JACK VETTER


                                        By:  /s/ Jack Vetter
                                             Attorneys for Plaintiff
                                             KRISHNA UJAGAR


## ORDER

Good cause appearing, the Court orders that the Stipulation and Proposed Order, also known as Document 56, be removed from the Court's docket and official file.

Dated: May 30, 2007

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT