TERRY A. WILLS, ESQ. (SBN 133962)
LISA V. RYAN, ESQ. (SBN 217802)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendant CAMPBELL SOUP COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISHNA UJAGAR,<br><br>        Plaintiff,<br><br>v.<br><br>CAMPBELL'S SOUP COMPANY and Defendants 1 to 100, inclusive,<br><br>        Defendants. | Case No. 2:05-cv-674 LLK DAD<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Trial Date: April 24, 2007 |

IT IS HEREBY STIPULATED that additional time within which to file final dispositional documents is needed by the parties. Good cause appears that the court may consider setting the last day for filing of the final dispositional documents for June 15, 2007.

DATED: May 29, 2007
                                        COOK BROWN, LLP
                                        TERRY A. WILLS, ESQ.
                                        LISA V. RYAN, ESQ.


                                        By:   /s/ Terry A. Wills
                                              Attorneys for Defendant
                                              CAMPBELL SOUP COMPANY

1  DATED:  May 29, 2007                    LAW OFFICES OF JACK VETTER
                                           JACK VETTER

                                           By:  /s/ Jack Vetter
                                                Attorneys for Plaintiff
                                                KRISHNA UJAGAR

## ORDER

Good cause appearing, the Court orders that final dispositional documents be filed on or before June 15, 2007.

Dated: May 30, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

G:\DOCS\KAR\DKAR1\ORDERS\05cv0674.stipo.0530.2.doc    **STIPULATION & ORDER TO CONTINUE DEADLINE**
                                                     2