TERRY A. WILLS, ESQ. (SBN 133962)
LISA V. RYAN, ESQ. (SBN 217802)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendant CAMPBELL SOUP COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISHNA UJAGAR,<br><br>    Plaintiff,<br><br>    v.<br><br>CAMPBELL'S SOUP COMPANY and Defendants 1 to 100, inclusive,<br><br>    Defendants. | Case No. 2:05-cv-674 LLK DAD<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Trial Date: April 24, 2007 |

IT IS HEREBY STIPULATED that additional time within which to file final dispositional documents is needed by the parties. Good cause appears that the court may consider setting the last day for filing of the final dispositional documents for July 31, 2007.

DATED: June 14, 2007

COOK BROWN, LLP
TERRY A. WILLS, ESQ.
LISA V. RYAN, ESQ.


By:   /s/ Terry A. Wills
      Attorneys for Defendant
      CAMPBELL SOUP COMPANY

G:\DOCS\KAR\DKAR1\consent\StipContDispDox.70614.doc

**STIPULATION & ORDER TO CONTINUE DEADLINE**

1

| | |
|---|---|
| DATED:  June 14, 2007 | LAW OFFICES OF JACK VETTER<br>JACK VETTER |
| | By:   /s/ Jack Vetter<br>       Attorneys for Plaintiff<br>       KRISHNA UJAGAR |

## ORDER

Good cause appearing, the Court orders that final dispositional documents be filed on or before July 31, 2007.

Dated: June 18, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

G:\DOCS\KAR\DKAR1\consent\StipContDispDox.70614.doc

**STIPULATION & ORDER TO CONTINUE DEADLINE**
2

PDF created with pdfFactory trial version www.pdffactory.com