1 | **Law Office of Jack Vetter**
**JACK VETTER, ESQ.** - SB# 73024
2 | 1903 21st Street
Sacramento, California 95814
3 | Phone:       (916) 441-4441
Fax:           (916) 456-6698
4 |
Attorney for Plaintiffs, KRISHNA UJAGAR

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISHNA UJAGAR, ) | Case No.: 2:05-cv-674 LKK DAD |
| Plaintiff, ) | **STIPULATION RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND ORDER OF DISMISSAL** |
| vs. ) | |
| CAMPBELL'S SOUP COMPANY, and ) Defendants 1 to 100, inclusive, ) | Trial Date:   4-24-07 |
| Defendants. ) | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between plaintiff KRISHNA UJAGAR and defendant CAMPBELL'S SOUP COMPANY, through their respective counsel, that the entire action has been resolved by and between the parties hereto, and shall be dismissed

/////

/////

/////

/////

with prejudice in its entirety.  Each side to bear their own costs and attorney's fees.

**IT IS SO STIPULATED AND AGREED:**

Dated: 7/25/07                                     COOK BROWN LLP

                                        By:   /s/_____
                                              TERRY WILLS, ESQ.
                                              Counsel for Defendant CAMPBELL'S
                                              SOUP COMPANY

Dated: 7/26/07                                     LAW OFFICE OF JACK VETTER

                                        By:   /s/_____
                                              JACK VETTER, ESQ.
                                              Counsel for Plaintiff
                                              KRISHNA UJAGAR

**IT IS SO ORDERED:**

Dated: July 30, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT